UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-80006-CR-Ryskamp/Hopkins
8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

vs.

LUDER HERMITUS,

          Defendant.

FILED BY __KZ__ Deputy Clerk
Jan 12, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

The Grand Jury charges that:

On or about January 2, 2016, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to where the offender was first brought, the defendant,

**LUDER HERMITUS,**

an alien, having previously been removed and deported from the United States on or about September 8, 2007, attempted to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

AURORA FAGAN
ASST. UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

LUDER HERMITUS,

           Defendant.
_____/

CASE NO. 16-80006-CR-Ryskamp/Hopkins

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division**: (Select One)

\_\_\_ Miami    \_\_\_ Key West
\_\_\_ FTL    _X_ WPB    \_\_\_ FTP

New Defendant(s)    Yes \_\_\_    No \_\_\_
Number of New Defendants    \_\_\_    \_\_\_
Total number of counts    \_\_\_    \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Creole

4. This case will take   2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)            (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | \_\_\_ |
   | II | 6 to 10 days | \_\_\_ | Minor | \_\_\_ |
   | III | 11 to 20 days | \_\_\_ | Misdem. | \_\_\_ |
   | IV | 21 to 60 days | \_\_\_ | Felony | _X_ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes:
   Magistrate Case No.   16-8001-DLB
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   01/03/2016
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   \_\_\_ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   \_\_\_ Yes   _X_ No

                                                          _/s/ Aurora Fagan_
                                                          AURORA FAGAN
                                                          ASSISTANT UNITED STATES ATTORNEY
                                                          Florida Bar No. 0188591

\*Penalty Sheet(s) attached                                                                   REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LUDER HERMITUS

**Case No:** 16-80006-CR-Ryskamp/Hopkins

Count : 1

8 U.S.C. § 1326(a)
Illegal Re-entry after Deportation

\* **Max. Penalty**: 2 Years Imprisonment;   $250,000 Fine; 1 Year Supervised Release

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.